UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA PIMENTEL, on behalf of herself and all others similarly situated;<br><br>          Plaintiff,<br><br>  v.<br><br>CITY OF METHUEN; JOSEPH E. SOLOMON, in his individual and official capacities; JAMES JAJUGA, JR., in his individual capacity; ELVIN ALACRON, in his individual capacity; SHAWN TARDIF, in his individual capacity; and JOHN and JANE DOES, in their individual and official capacities,<br><br>          Defendants.<br>and<br><br>JONATHAN W. BLODGETT, DISTRICT ATTORNEY FOR ESSEX COUNTY, in his official capacity,<br><br>          Necessary Party. | CIVIL ACTION NO.<br>1:17-cv-11921-FDS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in the above-captioned matter jointly report that they have reached a settlement in this matter. The parties hereby agree and stipulate that this case may be dismissed with prejudice, with each side to bear its own fees and costs.

1

Respectfully submitted,

| | |
|---|---|
| PATRICIA PIMENTEL, on behalf of herself and all others similarly situated, | CITY OF METHUEN; JOSEPH E. SOLOMON; SHAWN TARDIF; ELVIN ALACRON; JAMES JAJUGA, JR.; and JOHN and JANE DOES, |
| By her attorneys, | By their attorney, |
| */s/ Joseph M. Cacace* <br> Howard M. Cooper (BBO # 543842) <br> Joseph M. Cacace (BBO # 672298) <br> Saraa Basaria (BBO # 685705) <br> TODD & WELD LLP <br> One Federal Street, 27th Floor <br> Boston, MA 02110 <br> (617) 720-2626 <br> hcooper@toddweld.com <br> jcacace@toddweld.com <br> sbasaria@toddweld.com | */s/ William P. Breen, Jr.* <br> William P. Breen, Jr. (BBO # 558768) <br> ECKERT SEAMANS CHERIN & MELLOTT, LLC <br> 2 International Place, #1600 <br> Boston, MA 02110 <br> P: 617.342.6887 <br> F: 617.342.6899 <br> wbreen@eckertseamans.com |
| Murat Erkan (BBO # 637507) <br> ERKAN & ASSOCIATES, LLC <br> 300 High Street <br> Andover, MA 01810 <br> (978) 474-0054 <br> murat@erkanlaw.com | JONATHAN W. BLODGETT, DISTRICT ATTORNEY FOR ESSEX COUNTY, <br><br> By his attorney, <br><br> */s/ David F. O'Sullivan* <br> David F. O'Sullivan (BBO # 659068) <br> Special Assistant Attorney General <br> Ten Federal Street <br> Salem, MA 01970 <br> (978) 745-6610, ext. 5017 |

Dated:  August 11, 2020

**CERTIFICATE OF SERVICE**

      I, Joseph M. Cacace, hereby certify that the foregoing documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent to those indicated as non-registered participants.

Date:   August 11, 2020

                                                  */s/ Joseph M. Cacace*
                                                  Joseph M. Cacace